UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CRIMINAL NO.  03-55-KKC
CIVIL ACTION NO. 05-448

UNITED STATES OF AMERICA,                                              PLAINTIFF,

VS:                                              ORDER

DAVID HOSKINS,                                              DEFENDANT

\* \* \* \* \* \* \* \* \*

This matter is before the Court on the Magistrate Judge's Report and Recommendation that Petitioner's Motion to Vacate, Set Aside or Correct Sentence be denied.

No objections having been filed and the Court having reviewed the matter *de novo*, the Magistrate Judge's Report and Recommendation [R. 60] is hereby adopted as the opinion of the Court and the Motion to Vacate [R. 52] is hereby DENIED.

Dated this the 19th day of April, 2006.



Signed By:
*Karen K. Caldwell*  KKC
**United States District Judge**